# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2022-4109

———————————————

LENA DANIELE AUSSERER,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Escambia County.
Coleman Lee Robinson, Judge.

February 14, 2024

PER CURIAM.

DISMISSED. *See Parrish v. State*, 349 So. 3d 485 (Fla. 1st DCA 2022) (dismissing as unreviewable appeal from trial court's denial of downward departure), *review granted*, No. SC2022-1457, 2023 WL 5223320 (Fla. Aug. 15, 2023).

LEWIS, RAY, and KELSEY, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Jessica J. Yeary, Public Defender, and Megan Lynne Long, Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Heather Flanagan Ross, Assistant Attorney General, Tallahassee, for Appellee.